M. Anderson Berry (SBN 262879)
Gregory Haroutunian (SBN 330263)
Brandon P. Jack (SBN 325584)
**EMERY | REDDY, PC**
333 University Avenue, Suite 200
Sacramento, CA 95825
916.823.6955 (Tel)
206.441.9711 (Fax)
*anderson@emeryreddy.com*
*gregory@emeryreddy.com*
*brandon@emeryreddy.com*

*Counsel for Plaintiffs Diane Moran and Tonja Wilson
and the Proposed Class*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DIANE MORAN and TONJA WILSON** individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**AMERICAN GIRL, LLC, AMERICAN GIRL BRANDS, LLC**, and **MATTEL, INC.**,<br><br>Defendants. | Case No. 2:26-cv-07231-MWF-AS<br><br>**NOTICE OF RELATED CASES**<br><br>[Related Case: 2:26-cv-07264-AB-AS] |

Pursuant to Local Rule 83-1.3, Plaintiffs Diane Moran and Tonja Wilson ("Plaintiffs") respectfully submit this Notice of Related Civil Cases. On July 2, 2026, Plaintiffs filed this Class Action Complaint against Defendants American Girl, LLC, American Girl Brands, LLC, and Mattel, Inc. ("Defendants" or "American Girl"). Also on July 2, 2026, Plaintiff Troy Kucera filed a similar class action complaint against the same defendants in Case No. 2:26-cv-07264-AB-AS in this Court. Both cases pertain to unlawful tariffs imposed by the federal government and the impact to consumers of Defendants' unjust retention of profits from passing those tariff-related costs on to consumers. Plaintiffs' counsel for all plaintiffs (in both cases) expect to submit consolidation and leadership papers in both cases promptly.

Dated: July 21, 2026

Respectfully submitted,

**EMERY | REDDY, PC**

By: */s/ Gregory Haroutunian*
M. Anderson Berry (SBN 262879)
Gregory Haroutunian (SBN 330263)
Brandon P. Jack (SBN 325584)
**EMERY | REDDY, PC**
600 Stewart Street, Suite 1100
Seattle, WA 98101
916.823.6955 (Tel)
206.441.9711 (Fax)
*anderson@emeryreddy.com*
*gregory@emeryreddy.com*
*brandon@emeryreddy.com*

*Counsel for Plaintiffs Diane Moran and Tonja Wilson and the Proposed Class*

2
NOTICE OF RELATED CASES