M. Anderson Berry (SBN 262879)
Gregory Haroutunian (SBN 330263)
**EMERY REDDY PC**
333 University Ave, Suite 200
Sacramento, CA 95826
Phone: (916) 823-6955
*anderson@emeryreddy.com*
*gregory@emeryreddy.com*

John J. Nelson (SBN 317598)
**MILBERG, PLLC**
280 S. Beverly Drive
Beverly Hills, CA 90212
Telephone: (858) 209-6941
*jnelson@milberg.com*

Attorneys for Plaintiffs
DIANE MORAN and TONJA WILSON,
individually and on behalf of all others similarly situated

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **DIANE MORAN and TONJA WILSON**, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>**MATTEL, INC., AMERICAN GIRL, LLC, and AMERICAN GIRL BRANDS, LLC,**<br><br>Defendants. | Case No. 2:26-cv-07231-MWF-AS<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)**<br><br>Complaint Served: 7/27/2026 and 7/29/2026<br><br>Current Response Date: 8/17/2026 and 8/19/2026<br><br>New Response Date: 9/16/2026 |

Plaintiffs Diane Moran and Tonja Wilson, individually and on behalf of all others similarly situated ("Plaintiffs") and Defendants Mattel, Inc., American Girl, LLC, and American Girl Brands, LLC ("Defendants") (collectively, the "Parties"), through their undersigned counsel, hereby stipulate and agree as follows:

WHEREAS, on July 2, 2026, Plaintiffs filed the initial Complaint in this action (ECF No. 1);

WHEREAS, on July 28, 2026, Plaintiffs filed a proof of service attesting that Defendants Mattel, Inc. and American Girl Brands, LLC were served with the Complaint on July 27, 2026 (ECF Nos. 14 and 15);

WHEREAS, on July 30, 2026, Plaintiffs filed a proof of service attesting that Defendant American Girl, LLC was served with the Complaint on July 29, 2026 (ECF No. 16);

WHEREAS, Mattel, Inc.'s and American Girl Brands, LLC's response to the Complaint is currently due on or before August 17, 2026;

WHEREAS, American Girl, LLC's response to the Complaint is currently due on or before August 19, 2026;

WHEREAS, pursuant to Local Rule 8-3, the Parties have stipulated to extend Defendants' deadline to move, answer or otherwise respond to the Complaint by not more than thirty (30) days, to and including September 16, 2026;

WHEREAS, Local Rule 8-3 permits the parties to extend the time to respond to the initial Complaint without approval by the Court, so long as the stipulation does not extend the time for more than a cumulative total of 30 days from the date the response initially would have been due;

WHEREAS, this stipulated-to extension of time does not affect any event or deadline previously set by the Court and is without prejudice to, or waiver of, any rights or defenses otherwise available to the Parties in this action;

WHEREAS, Defendants have not previously requested or received any extension of the time from this Court to respond to the Complaint in this action;

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED between Plaintiffs and Defendants, by and through their respective undersigned counsel, that Defendants shall have to and including September 16, 2026 to answer, move, or otherwise respond to the initial Complaint.

Dated: August 14, 2026

Respectfully submitted,

By: */s/ M. Anderson Berry*

M. Anderson Berry (SBN 262879)
*anderson@emeryreddy.com*
Gregory Haroutunian (SBN 330263)
*gregory@emeryreddy.com*
**EMERY REDDY PC**

John J. Nelson (SBN 317598)
*jnelson@milberg.com*
**MILBERG, PLLC**

Attorneys for Plaintiffs

Dated: August 14, 2026

Respectfully submitted,

By: */s/ Holly A. Farless*

Holly A. Farless (SBN 312818)
holly.farless@mattel.com
**MATTEL, INC., AMERICAN GIRL, LLC, and AMERICAN GIRL BRANDS, LLC**

Attorney for Defendants

**ATTORNEY ATTESTATION**

Pursuant to Local Rule 5-4.3.4, I hereby attest that all other signatories listed and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

*/s/ M. Anderson Berry*
M. ANDERSON BERRY

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Central District of California by using the CM/ECF system on **August 14, 2026**.

I certify under penalty of perjury that the foregoing is true and correct. Executed on **August 14, 2026**.

*/s/ M. Anderson Berry*
M. ANDERSON BERRY