**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DIANE MORAN, et al.,<br>Plaintiffs,<br>v.<br>MATTEL, INC., et al.,<br>Defendants. | Case No. CV 26-7231-MWF(ASx)<br>ORDER GRANTING STIPULATION TO CONSOLIDATE AND SET DEADLINES |
| TROY KUCERA,<br>Plaintiff,<br>v.<br>AMERICAN GIRL, LLC, et al.,<br>Defendants. | Case No. CV 26-7264-MWF(ASx)<br>**JS-6** |
| LAURA MANNINO,<br>Plaintiff,<br>v.<br>MATTEL, INC., et al.,<br>Defendants. | Case No. CV 26-8711-MWF(ASx)<br>**JS-6** |

.///

The Court has read and considered Plaintiffs' Stipulation to Consolidate and Set Deadlines (the "Stipulation"), filed September 21, 2026. (*Moran*, Docket No. 29; *Kucera*, Docket No. 28; *Mannino*, Docket No. 13). For good cause shown, the Court GRANTS the Stipulation and ORDERS as follows:

1. The following actions, referred to herein as the "Related Actions," are hereby CONSOLIDATED for all purposes:
    a. *Diane Moran, et al. v. Mattel, Inc.*, CV 26-7231-MWF(ASx);
    b. *Troy Kucera v. American Girl, LLC*, CV 26-7264-MWF(ASx); and
    c. *Laura Mannino v. Mattel, Inc.*, CV 26-8711-MWF(ASx).
2. The consolidated action shall be titled ***In Re American Girl IEEPA Tariff Litigation***, under **Case No. CV 26-7231-MWF(ASx)**.
3. The *Kucera* and *Mannino* actions shall be administratively CLOSED.
4. Any action subsequently filed in, transferred to, or removed to this District that arises out of the same or similar alleged facts as the Related Actions shall be, and the same hereby are, CONSOLIDATED for all purposes under the title *In Re American Girl IEEPA Tariff Litigation*.
5. Plaintiffs' counsel shall file any Motion(s) to Appoint Interim Lead Counsel Pursuant to Rule 23(g) within fifteen (15) days of the date of this Order.
6. Plaintiffs shall file a Consolidated Class Action Complaint within forty-five (45) days of the date of this Order.
7. Defendants shall respond to the Consolidated Class Action Complaint within forty-five (45) days of its filing. If Defendants respond by way of motion, Plaintiffs will have forty-five (45) days to oppose the motion, and Defendants will have thirty (30) days to reply.

///

///

///

8. Defendants' deadlines to respond to the pending separate complaints in the Related Actions are stayed in light of the consolidation of these matters and the forthcoming Consolidated Class Action Complaint.

IT IS SO ORDERED.

Dated: September 22, 2026

MICHAEL W. FITZGERALD
United States District Judge