UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES—GENERAL

**Case No. CV-26-07231-MWF (ASx)** **Date: October 28, 2026**

Title: In re American Girl IEEPA Tariff Litigation

Present: The Honorable MICHAEL W. FITZGERALD, U.S. District Judge

Deputy Clerk:
Rita Sanchez

Court Reporter:
Not Reported

Attorneys Present for Plaintiff:
None Present

Attorneys Present for Defendant:
None Present

**Proceedings (In Chambers):** ORDER GRANTING MOTION TO APPOINT INTERIM CLASS COUNSEL

On September 22, 2026, the Court granted the stipulation of various parties to consolidate numerous actions into the present action, *In re American Girl IEEPA Tariff Litigation*, Case No. 26-07231 (the "Consolidated Action"). ("Consolidation Order") (Docket No 30). Pursuant to the Consolidation Order, "Plaintiffs' counsel shall file any Motion(s) to Appoint Interim Lead Counsel pursuant to Rule 23(g) within fifteen (15) days of the date of this Order. (*Id.* ¶ 5).

Now before the Court is Plaintiff Troy Kucera's Motion to Appoint Interim Class Counsel (the "Motion"), filed on September 29, 2026. (Docket No. 34). No Opposition was filed.

The Court read and considered the papers on the Motion and deemed the matter appropriate for decision without oral argument. *See* Fed. R. Civ. P. 78(b); Local Rule 7-15.

The Motion seeks to appoint M. Anderson Berry, Esq., of Emery Reddy, PC and Michael Tackeff, Esq., of Stranch, Jennings, & Garvey, PLLC. Defendants took no position on the Motion. The Motion represents that Plaintiffs' counsel have agreed that Messrs. Berry and Tackeff should be named Interim Class Counsel.

Federal Rule of Civil Procedure 23(g)(3) provides that "the court may designate interim counsel to act on behalf of a putative class before determining whether to

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES—GENERAL

**Case No. CV-26-07231-MWF (ASx) Date: October 28, 2026**
Title: In re American Girl IEEPA Tariff Litigation

certify the action as a class action." Fed. R. Civ. P. 23(g)(3). Rule 23(g)(1)(A) states that a court "must consider" the following factors in appointing class counsel: (i) the work counsel has done in identifying or investigating claims in the action; (ii) counsel's experience in handling class actions, other complex litigation, and the types of claims asserted in the action; (iii) counsel's knowledge of the applicable law; and (iv) the resources that counsel will commit to representing the class. Fed. R. Civ. P. 23(g)(1)(A). A court may also "consider any other matter pertinent to counsel's ability to fairly and adequately represent the interests of the class." Fed. R. Civ. P. 23(g)(1)(B).

Having considered all the relevant factors, the Court concludes that Messrs. Berry and Tackeff are equipped to fairly and adequately represent the interests of the class. Messrs. Berry and Tackeff have significant experience representing plaintiffs in complex class actions, their firms will commit all necessary resources to the litigation, and they have demonstrated work done investigating relevant claims and defenses including through coordination with counsel in all filed cases.

Accordingly, the Application is **GRANTED**. The Court **APPOINTS** as interim lead class counsel M. Anderson Berry, Esq., of Emery Reddy, PC and Michael Tackeff, Esq., of Stranch, Jennings & Garvey, PPLC.

IT IS SO ORDERED.